THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CASWELL LATHAM, JR., Appellant.— No opinion. Concur — Breitel, J. P., Rabin, Valente, Stevens and Bastow, JJ.

HELEN JACOBS, Appellant, v. IRVING WARREN, Respondent.— No opinion. Concur — Botein, P. J., Breitel, Valente and Bastow, JJ.

EVERETT MEREDITH, Respondent, v. ELECTRO KNIT FABRICS, INC., Appellant, et al., Defendant. ELECTRO KNIT FABRICS, INC., Third-Party Plaintiff, v. CONTINENTAL WELDING & BURNING SERVICE, INC., Third-Party Defendant.— No opinion. Concur — Botein, P. J., Breitel, Rabin, Valente and Bastow, JJ.

In the Matter of ROSE ATTANASIO, Doing Business as BLUE FRONT RESTAURANT, Petitioner, v. NEW YORK STATE LIQUOR AUTHORITY, Respondent.— No opinion. Concur — Botein, P. J., Breitel, Rabin, Valente and Bastow, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JASON N. ROBARDS, JR., Appellant.— No opinion. Concur — Botein, P. J., Breitel, Rabin, Valente and Bastow, JJ.

LUDMILLA HUNTER, Appellant, v. ALLAN B. HUNTER, Respondent.— No opinion. Concur — Botein, P. J., Breitel, Rabin, Eager and Bastow, JJ.

FREDERICK PLEASURE, Respondent, v. FIFTH AVENUE COACH LINES, INC., et al., Appellants.— No opinion. Concur — Botein, P. J., Breitel, Rabin, Eager and Bastow, JJ.

In the Matter of FRED L. LIFTON, Petitioner, v. WILLIAM S. HULTS, as Commissioner of Motor Vehicles of the State of New York, Respondent.— No opinion. Concur — Botein, P. J., Breitel, Rabin, Eager and Bastow, JJ.

MIGUEL VELEZ, Respondent, v. ROSE CALISE, Doing Business as FRANK'S EXPRESS, et al., Appellants.— No opinion. Concur — McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ.

JOHN G. MARSHALL, Respondent, v. PATRICIA A. DONLAN, Appellant.— No opinion. Concur — McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ.